**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-1621**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

J. LEE STURGIS,

Claimant - Appellant,

and

CERTAIN REAL PROPERTY CONVEYED BY DEED RE-
CORDED IN DEED BOOK 0781, PAGE 715, IREDELL
COUNTY PUBLIC REGISTRY; GRANTEE: J. LEE
STURGIS; $2,140.00 IN U. S. FUNDS AND OTHER
PROPERTY OF J. LEE STURGIS,

Defendants.

―――――――――

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Carl Horn, III, Chief
Magistrate Judge.  (CA-94-81-H)

―――――――――

Submitted:  December 17, 1998        Decided:  December 29, 1998

―――――――――

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

J. Lee Sturgis, Appellant Pro Se.  B. Frederic Williams, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

J. Lee Sturgis appeals the magistrate judge's order denying his motion for reconsideration of the denial of his belated motion contesting forfeiture proceedings.  We have reviewed the record and the magistrate judge's order and find no reversible error.  Accordingly, we affirm on the reasoning of the magistrate judge.  <u>United States v. Sturgis</u>, No. CA-94-81-H (W.D.N.C. Apr. 6, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>